# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**vs.**
              **Case No. 3:02cr63-RV**
              **Case No. 3:03cv451-RV/WCS**

**JESSE ROBERT MITCHELL,**

  **Defendant.**

_____

## ORDER

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 29, 2005. The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de_ _novo_ determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference into this order.

2. The Defendant's § 2255 motion, as supplemented (docs. 73, 76, and 92), is **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** this 26th day of October, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**